IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLARD MATHIS,                                                                                         PLAINTIFF
ADC #142779

v.                                           No. 5:12CV00271 JLH-JTK

CURTIS MEINZER, et al.                                                                          DEFENDANTS

## ORDER

Plaintiff's motion to voluntarily dismiss his complaint against defendants is GRANTED. Document #11. This case should be dismissed with prejudice as frivolous, and should constitute a strike, within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).[1]

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 28th day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] In his motion, plaintiff states, "My claim is without merit. . . . My constitutional rights was never violated. . . . This case is bogus and clearly without merit. . . ." Document #11.