# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

WILLARD MATHIS,                                                                                    PLAINTIFF
ADC #142779

v.                                      No. 5:12CV00271 JLH-JTK

CURTIS MEINZER, et al.                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 28th day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE